I would like to focus on the private right of action and ERISA standing questions. In the private right of action, the No Surprises Act provides that IDR determinations quote shall be binding upon the parties involved unquote and that resulting payments by insurers to providers quote shall be made directly to the non-participating provider or facility not later than 30 days after the date on which such determination is made. This language conveys an unmistakable intent on the part of Congress to create both a private right and a private remedy. Language closely similar to the shall pay mandate in the No Surprises Act has repeatedly been found by the Supreme Court, this court, and others to create a private right to payment as indeed the district court held. But the statute also creates a private remedy. When Congress used the word binding, it deliberately used a term that in the world of arbitration is synonymous with enforceable in court. That makes sense in this statutory context. Congress has taken away providers' right to payment from patients and channeled them into mandatory IDR with insurers. The scheme would be pointless if the awards were not enforceable. HCSC asks this court to hold that where it owes money to a provider after a valid IDR process, it can simply ignore that obligation to pay and wait and see if the government comes after it. That is contrary to the plain statutory text as well as basic fairness. On ERISA standing as this court held in Denning, relying on its North Cyprus case, a breach of contract is a sufficient injury for standing purposes. Where an insurer fails to pay for care as required by the terms of an ERISA plan, it breaches that contract and the beneficiary has standing to sue, regardless of whether the beneficiary suffers a pocketbook injury. The providers step into the shoes of the beneficiary and have standing to pursue their ERISA claim. The district court rejected this straightforward conclusion, but all applicable authority supports the providers here.        . .      . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . .    . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . .     . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        . . . . . . . . . . .        . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .       . . .       . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   .     . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . .  . . . . . .  .  . . . .  . . . . . . . . . . . . .  . . . . . . . . .    .  . . . . . . . . . . . . . . .     .  . .    . . . . . . . .  . . . . . . . . . . .  .  . . . . . . . . . . . .  . . . . . .  .     .  .     . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . .  . .  . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . .  .     . .     . . . . . . . .  . . . . . .  . . . . .  . . . . . .  . . . . .  . . . . . . .  . . . . . .  .    . . . . .    . . . . . . . . . .     . . . . . . . . . . . . . .  . . . . . . .  . . . . .   . . . . . . . . . . . . .  . . .   . . . . . . . . . . . . . . . . .     . .      . . . . . . . .  . . . . . .  . . .   . . . . . . . .  . . . . . . . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   .  .     .  . . . .  . . . . . . . . . . . . . . . . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . .  . . . . . . . . . . . . . . .  .     . . . . . . . . . . . . . . . . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . .     .  . . . . . .  . . .   . . . . . . . . . . . . .  . . . . . . .  . . . . . .  . . . . .  . . . . .  .  .     . . . . . . . .  .      . . .    . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . .  . . . . . . .    .  .  . . . . . . . . . . . . .  . . . .  .  .  . .  .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  .     . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . .      . . . . .   . . . . . . . . . . . . . . . . . . . . .  . . . .  . . . . . . . . . . . . . . . . . . . . . .  . . . . . .  . .    . . . . . . . .  . . . .  . . . . . . . .  . . . . .   . .     . .     .  .    . .  . . . . . . . .    . .  . . . . .  . . . . . . . . .    . . . . .  . .  .     .  .    . . . . . . . .  . . . . . .  . . . . . . . . . . . . .  . . . . . . . . . .   .  . . . . . .  . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . .  .  . . . .  . . . . . .  . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     . . . . . . . .  . . . . . .  . . . . . .  .  .  . . . . . . . . .  . . . . . .  .     .  .   .  . . .     . . . .  . . .  . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . .  .     . . . . . . . .  . . . . . . . . . . . .  .     . . .       . . . . . . . . . . . .  . . . . . .  . . . . . . . . . .  . . . . . . . . . .     . . . .    . . .     . . . . . . . . . . . . . . . .      . . .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . .  .     . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . .  .   .